#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICKEY HARRELL, and JOYCE HARRELL,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV247 |
| V. | ) ) | |
| **G4S SECURE SOLUTIONS (USA), INC.,** | ) ) ) | **ORDER** |
| Defendant. | ) | |

Richard Bearden, David Houghton, Keith Harvat, and the law firm Houghton, Whitted & Weaver, PC, LLO (collectively "Counsel") have moved to withdraw as Plaintiffs' attorneys in this case (Filings 44 & 45.) They have advised the Court that they have a conflict of interest which precludes them from representing Plaintiffs.

Under the circumstances, the motions to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The motions to withdraw as attorneys for Plaintiffs (filings 44 & 45) are granted.

2. Counsel shall immediately serve copies of this Order on Plaintiffs and thereafter file **proof of service** showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. **Counsel will not be relieved of applicable duties to the Court, Plaintiffs, and opposing counsel until proof of service is filed.**

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiffs will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, **unless** substitute counsel has entered a written appearance on their behalf. Plaintiffs may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Plaintiffs shall comply with all orders of this Court, the Federal

   Rules of Civil Procedure, and the Local Rules of Practice.  Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate the movants' appearances as attorneys of record and cease further notices to them in this matter.

**DATED August 20, 2015.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**